UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Khaled Nasser<br><br>Debtor. | Chapter 7<br><br>Case No. 17-22873-rdd |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Sheila E. Calello, of McCarter & English, LLP, hereby enters her appearance in the above-captioned case for Capital One Equipment Finance Corp., formerly known as All Points Capital Corp. d/b/a Capital One Taxi Medallion Finance ("COTMF"), a creditor in this proceeding. COTMF hereby requests, pursuant to Section 1109(b) of Title 11 of the United States Code and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, that COTMF be placed on the mailing matrix filed by the debtor and any and all other mailing matrices or service lists that may be used for any purpose in this case and that copies of any and all notices given or required to be given and of all pleadings and other papers served or required to be served in this case be given and served on undersigned counsel at the following address:

> Sheila E. Calello
> McCarter & English LLP
> Four Gateway Center
> 100 Mulberry Street
> Newark, New Jersey 07102
> Tel: 973-639-6931
> Fax: 973-297-3854
> Email: scalello@mccarter.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but

ME1 24973501v.1

also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, formal or informal, and whether transmitted or conveyed by mail, hand delivery, facsimile transmission, telephone, telegraph, telex or otherwise, which affects the debtor or the property of or in the possession, custody or control of the debtor, or which is otherwise filed or given with regard to the above-captioned case.

Dated: Newark, New Jersey
       June 13, 2017

                        McCARTER & ENGLISH LLP

                        By: /s Sheila E. Calello
                              Sheila E. Calello
                              Four Gateway Center
                              100 Mulberry Street
                              Newark, New Jersey
                              Tel: 973-639-6931
                              Fax: 973-297-3854
                              *Attorneys for Capital One Equipment Finance Corp., formerly known as All Points Capital Corp. d/b/a Capital One Taxi Medallion Finance*

ME1 24973501v.1